# EXHIBIT B



**Re: Fw: Request Regarding Contact Information for HSBC Business Solutions - Bragel v. Advance Auto Parts, et al.**

HSBC.US.MTG.LIT   to: nicole.s.domster                           04/08/2015 09:00 AM
Sent by: judie.a.tedesco@us.hsbc.com
Cc:       aschneiderman, CAbely, HSBC.US.MTG.LIT

| | |
|---|---|
| From: | HSBC.US.MTG.LIT@us.hsbc.com |
| To: | nicole.s.domster@us.hsbc.com, |
| Cc: | aschneiderman@hinshawlaw.com, CAbely@hinshawlaw.com, HSBC.US.MTG.LIT@us.hsbc.com |
| Sent by: | judie.a.tedesco@us.hsbc.com |

1 attachment


pic25133.jpg

```
Good morning:

I was unable to locate the Complaint in this matter.

Mortgage Foreclosure Specialist
Legal Paper Processing
HSBC Bank USA, N.A.
Phone: 716-841-4469
Fax:       716-841-7651
Email:    HSBC.US.MTG.LIT@us.hsbc.com




From:      Nicole S Domster/HBUS/HSBC
To:        HSBC.US.MTG.LIT@us.hsbc.com
Cc:        CAbely@hinshawlaw.com, aschneiderman@hinshawlaw.com
Date:      04/07/2015 01:34 PM
Subject:       Fw: Request Regarding Contact Information for HSBC Business
           Solutions - Bragel v. Advance Auto Parts, et al.



Hello LPP.  Please see email below.  Is this something you can assist with?
Thanks.

Best regards,

Nicole S Domster
PARALEGAL | Office of General Counsel | HSBC Bank USA
95 Washington St., 1SE Buffalo, NY 14203

    _____
```

```
Phone
     716-841-1990
Fax
     716-841-5087
Email
     nicole.s.domster@us.hsbc.com
```

_____


----- Forwarded by Nicole S Domster/HBUS/HSBC on 04/07/2015 01:33 PM -----

```
From:         CAbely@hinshawlaw.com
To:           Nicole S Domster/HBUS/HSBC@HSBC02
Cc:           aschneiderman@hinshawlaw.com
Date:         04/07/2015 01:16 PM
Subject:      Request Regarding Contact Information for HSBC Business
Solutions - Bragel v. Advance Auto Parts, et al.
```


Nicole,

We currently represent a defendant in a suit in which an HSBC entity (HSBC Solutions) is also named as a defendant.  We were wondering if HSBC had been served with the complaint in that matter, and if so, whether it had a particular counsel or contact assigned with whom we could speak regarding this matter.  While I understand that you are located within HSBC Bank USA, any contacts you might have at HSBC Business Solutions would be much appreciated.

The matter is George Bragel & Shirley Bragel v. Advance Auto Parts, Inc., Advance Auto Parts of Dorchester, ATG Credit, LLC, and HSBC Business Solutions.  The case was filed in the Quincy District Court in the Massachusetts state court system, and the case number is 1556cv269.

Thank you very much for your help!

Christine Abely
Hinshaw & Culbertson LLP
28 State Street 24th Floor Boston, MA 02109-5709
Tel: 617-213-7021   |   Fax: 617-213-7001
E-mail: CAbely@hinshawlaw.com


(Embedded image moved to file: pic25133.jpg)
http://hc01web2/signature/hinshawlogo.jpg


Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable

attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.


****************************************************************** This message originated from the Internet. Its originator may or may not be who they claim to be and the information contained in the message and any attachments may or may not be accurate.
******************************************************************



------------------------------------------
******************************************************************
This E-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.
******************************************************************
SAVE PAPER - THINK BEFORE YOU PRINT!