## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE BRAGEL, ET AL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 15-11567-DJC** |
| ) | |
| **ADVANCE AUTO PARTS, INC.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## <u>ORDER DISMISSING CASE</u>

**CASPER, J.**                                                                                December 8, 2015

In an order dated August 14, 2015  (D. 14), the Court directed the plaintiff to show cause why this action should not be dismissed and file any opposition to the pending motion to dismiss. The Court stated that failure to comply with the directive by September 15, 2015 would result in dismissal of the action without prejudice.

The time period for complying with the Court's order has expired without any response from the plaintiff.  Accordingly, this case is dismissed without prejudice for failure to comply with the Court's order.

**So ordered.**

                                                                 /s/ Denise J. Casper
                                                                 United States District Judge